UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDI MACIAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>CALIFORNIA LAW ENFORCEMENT ASSOCIATION, et al.,<br><br>            Defendants. | Case No: C 09-00796 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

   IT IS HEREBY ORDERED THAT Defendant shall file its opposition to Plaintiff's Motion to Remand (Docket 7) by no later than **April 24, 2009**. Plaintiff's reply shall be filed by no later than **May 1, 2009**. The hearing on the motion, which currently is set for June 9, 2009 at 1:00 p.m., shall remain unchanged. The Court may resolve the motion without argument in advance of the hearing date.

Dated: April 9, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge